AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| Kristen Morris | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:26-cv-06700-MAV |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kristen Morris                                                                              .

Date:      07/28/2026

                                                                                    _____
                                                                                    *Attorney's signature*

                                                                                    Edwin J. Kilpela, Jr., SBN 5556675
                                                                                    *Printed name and bar number*
                                                                                    Wade Kilpela Slade LLP
                                                                                    6425 Living Place, Suite 200
                                                                                    Pittsburgh, PA 15206

                                                                                    _____
                                                                                    *Address*

                                                                                    ek@waykayslay.com
                                                                                    *E-mail address*

                                                                                    (412) 314-0515
                                                                                    *Telephone number*

                                                                                    (424) 276-0473
                                                                                    *FAX number*