**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

Kristen Morris
_____
_____
_____

                vs.                                     Civil Case No. 6:26-cv-06700-MAV

Apple, Inc.
_____
_____
_____


**DISCLOSURE STATEMENT**
**Nongovernmental Corporation Disclosure**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(A), undersigned counsel for

_____,
a party to, or who seeks to intervene in, the above-captioned action, certifies that any parent corporations of said party, and/or publicly held corporation owning 10% or more of stock of said party, are identified below:

_____
_____
_____
_____
_____
_____
_____;


**or**


Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), the undersigned counsel for
Plaintiff Kristen Morris
_____,
a party to, or who seeks to intervene in, the above-captioned action, certifies that there are no parent corporations of said party and no publicly held corporation owning more than 10% of its stock.


July 28, 2026                           _____
Date                                    Signature of Attorney